■ KAITLYN ELDRIDGE, an Infant, by Her Mother and Natural Guardian, ELIZABETH ELDRIDGE, et al., Appellants, v LONG BEACH CITY SCHOOL DISTRICT, Respondent. [680 NYS2d 657] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Nassau

County (McCaffrey, J.), dated September 18, 1997, which granted the defendant's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The defendant made a prima facie showing on its motion for summary judgment dismissing the complaint that it was not negligent in its supervision of the infant plaintiff and/or in failing to stop her from playing on certain pieces of playground equipment while wearing an adult's bicycling glove (*see, Cordaro v Union Free School Dist. No. 22,* 14 AD2d 804, *affd* 11 NY2d 1038; *Miller v Board of Educ.,* 249 App Div 738; *see generally, Mirand v City of New York,* 84 NY2d 44). The plaintiffs' opposition to the motion, including the affidavit of their purported expert, was insufficient to raise a factual question requiring a trial of the matter. Thus, the defendant's motion for summary judgment was properly granted (*see generally, Alvarez v Prospect Hosp.,* 68 NY2d 320; *cf., Hunt v Board of Educ.,* 43 AD2d 397).

We note that no expert testimony was needed to establish the degree or kind of supervision required (*see, Fortunato v Dover Union Free School Dist.,* 224 AD2d 658).

The plaintiffs' remaining contentions are without merit. O'Brien, J. P., Florio, McGinity and Luciano, JJ., concur.